UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLENE MCGOWAN,

    Plaintiff,

  v.

HARTWIG AND MCCORMICK
TRUCKING, et al.,

    Defendant.

Case No. 1:23-cv-277
JUDGE DOUGLAS R. COLE

## ORDER

The Court has been advised that this action has settled. The Court therefore **DISMISSES** this action **WITH PREJUDICE**, but provides that any party may, within **45 days** and upon good cause shown, reopen the action if settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **SO ORDERED.**

October 19, 2023
**DATE**

                                        DOUGLAS R. COLE
                                        UNITED STATES DISTRICT JUDGE